**Jonathan M. Radmacher, OSB No. 924314**
E-mail: jonathanr@mcewengisvold.com
McEwen Gisvold LLP
1100 SW Sixth Avenue, Suite 1600
Portland, OR 97204
Telephone: (503) 226-7321
Facsimile: (503) 243-2687

    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **TECHNICAL SECURITY INTEGRATION, INC.,** a Washington corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>**PHILADELPHIA INDEMNITY INSURANCE COMPANY,** a Pennsylvania corporation,<br><br>                Defendants. | Civil No. 3:14-CV-01895-SB<br><br>**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Oral Argument Requested |

**LR 7-1 Certification**

In compliance with Local Rule 7-1, the parties made a good faith effort through telephonic conference (and mediation) to resolve the dispute submitted to this Court for resolution, and were unable to do so.

**Cross-Motion for Summary Judgment**

Pursuant to Fed. R. Civ. P. 56, Plaintiff moves the Court for an Order granting Plaintiff partial summary judgment, as follows: (1) ruling that Defendant had a duty to defend Plaintiff against one or more counterclaims filed against Plaintiff in the case of *Technical Security Integration, Inc. v. S&S Electrical Contractors, LLC, et al*, Case No. 3:13-cv-00636-MO ("the Underlying Suit"), and that Defendant breached its insurance contract with Plaintiff by refusing to so defend Plaintiff; and (2) ruling that Defendant breached its insurance contract with Plaintiff

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**
PAGE 1
CASE NO. 3:14-CV-01895-SB

McEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 226-7321; Facsimile: (503) 243-2687
Email: jonathanr@mcewengisvold.com

by not indemnifying Plaintiff from the judgment and award entered against Plaintiff on the covered counterclaims filed against Plaintiff in the Underlying Suit.

This Cross-Motion is supported by the Memorandum of Points and Authorities submitted herewith, the Declaration of Jonathan Radmacher submitted herewith, and the cited portions of Exhibits submitted by Defendant in support of its Motion for Summary Judgment.

DATED this 25th day of June, 2018.

McEWEN GISVOLD LLP

By: s/ Jonathan M. Radmacher
    Jonathan M. Radmacher, OSB No. 924314
    Of Attorneys for Plaintiff

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**
PAGE 2
CASE NO. 3:14-CV-01895-SB

McEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 226-7321; Facsimile: (503) 243-2687
Email: jonathanr@mcewengisvold.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I served the foregoing **PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT** on the persons listed below by the methods indicated below.

| | |
|---|---|
| Guy Keating, OSB No. 074367<br>Schulte, Anderson, Downes Aronson & Bittner, PC<br>811 SW Naito Parkway, Suite 500<br>Portland, OR  97204-3379<br>Telephone:  503-223-4131<br>Facsimile:  503-223-1346<br>Email:  gkeating@schulte-law.com<br><br>        Of Attorneys for Defendant | ___ U.S. Mail<br>___ Facsimile<br>___ Hand Delivery<br>___ E-mail<br>_X_ ECF |
| Thomas H. Nienow, Admitted *Pro Hac Vice*, CA Bar No. 136454<br>Nielsen, Haley & Abbott LLP<br>100 Smith Ranch Road, Suite 350<br>SanRafael, CA  94903<br>Telephone:  415-693-0900<br>Facsimile:  415-693-9674<br>Email: tnienow@nielsenhaley.com<br><br>        Of Attorneys for Defendant | ___ U.S. Mail<br>___ Facsimile<br>___ Hand Delivery<br>___ E-mail<br>_X_ ECF |

Dated: June 25, 2018

McEWEN GISVOLD LLP

By: _s/ Jonathan M. Radmacher_
    Jonathan M. Radmacher, OSB No. 924314
    Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE
3:14-CV-01895-SB

U:\13022\13022-003\pleadings\Plaintiff's Cross-Motion for Summary Judgment.wpd

**McEWEN GISVOLD LLP**
**1100 S.W. Sixth Avenue, Suite 1600, Portland, Oregon 97204**
**Telephone: (503) 226-7321; Facsimile (503) 243-2687**
**Email: jonathanr@mcewengisvold.com**